IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

BRYSON CITY DIVISION
CIVIL CASE NO. 2:09cv030

| | |
|---|---|
| JOANN MCMANUS TRIM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | ORDER |

_____

**THIS MATTER** is before the Court on the Plaintiff's motion for admission of attorney Perrie Naides as counsel *pro hac vice*. [Doc. 21].

Preliminarily, it is noted that Plaintiff's brief contains the signatures of two non-admitted attorneys, one of which is attorney Naides. The motion for admission *pro hac vice* of the other attorney has been filed essentially simultaneously herewith.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 20] is **ALLOWED**, and Perrie Naides is hereby granted *pro hac vice* admission to the bar of this Court *nunc pro tunc* to the

filing of this action, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: August 9, 2010

Martin Reidinger
United States District Judge