IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

BRYSON CITY DIVISION
CIVIL CASE NO. 2:09cv030

| | |
|---|---|
| JOANN MCMANUS TRIM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion Requesting Waiver/Exemption from Registering for ECF. [Doc. 24].

Movant, attorney Perrie Naides, has moved for and been granted *pro hac vice* admission to this Court in the instant action and 3 others. [Docs. 21 & 23]. She seeks waiver of one of the requirements that she was committed to in applying for admission [Doc. 21-2]: to have or immediately establish an ECF account. In support of this request, she indicates limitations agreed upon among counsel of record as to her role in this matter.

The Court notes that as a licensed attorney practicing in the area of Social Security appeals, movant is likely to find herself in the federal district courts, all of which use the ECF system, with some frequency. The Court further notes that registration is a minimal burden on attorneys. If movant is not familiar with the process, it is explained online at http://www.ncwd.uscourts.gov/ECF/Registration.aspx.

The Court also notes the fundamental importance to the efficient administration of the federal district courts' case management system that every attorney of record have an ECF account.

Movant has not pled an interest affecting herself or her client, or an undue burden imposed by the ECF registration process, that outweighs the need of the federal district court for her, as counsel of record, to be properly registered in the ECF system.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 24] is **DENIED.**

**IT IS SO ORDERED.**

Signed: August 26, 2010

Martin Reidinger
United States District Judge